**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAY 21 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| UNITED STATES OF AMERICA, PLAINTIFF v. Alvarado DEFENDANT(S). | CASE NUMBER CR 09-412 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Tues 5/26/09___, at ___1:30___ ☐ a.m. / ☒ p.m. before the Honorable ___Robert N Block___, in Courtroom ___6 B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___5/21/09___

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge